IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL PONSETTO, | ) | |
| | ) | |
| Plaintiff, | ) | LAW NO. 4:15-cv-04124 |
| | ) | |
| vs. | ) | |
| | ) | |
| AUGUSTANA COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL

Plaintiff, Michael Ponsetto by his attorneys, Pappas Davidson O'Connor & Fildes, P.C. and Defendant, Augustana College, by and through its attorneys, Lane & Waterman LLP, report that the parties in this matter have reached a settlement. Accordingly, the parties hereby stipulate pursuant to the Federal Rules of Civil Procedure (a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the court to any party.

Respectfully submitted,

PAPPAS DAVIDSON O'CONNOR & FILDES, P.C.

By:   /s/ Matthew P. Pappas
      Matthew P. Pappas
      ATTORNEYS FOR PLAINTIFF
      1617 Second Avenue, Suite 300
      Rock Island, IL 61201
      Telephone: (309) 788-7110
      Facsimile: (309) 788-2773
      Email: mpappas@pdoflegal.com

LANE & WATERMAN LLP

By: /s/ Mikkie R. Schiltz
Mikkie R. Schiltz
ATTORNEYS FOR DEFENDANT
220 N. Main Street, Suite 600
Davenport, IA 52801
Telephone: (563) 324-3246
Facsimile: (563) 324-1616
Email: mschiltz@l-wlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22nd, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following party by U.S. mail.

Sheri L Curran
General Counsel
Augustana College
639 38th Street
Rock Island, IL 61201
shericurran@augustana.edu

Mikkie Schiltz
Lane & Waterman LLP
220 N. Main Street, Suite 600
Davenport, IA 52801
mschiltz@l-wlaw.com

/s/ Matthew P. Pappas
Attorney for Plaintiff